1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 1:03-CR-05255-AWI
12 |                         Plaintiff,   | MOTION TO DISMISS INDICTMENT;
   |                                      | ORDER
13 | v.                                   |
14 | RICARDO MANDERAS-AREANO,             |
15 |                         Defendant.   |

16

17     The United States of America ("the government"), by and through Benjamin B. Wagner, United

18  States Attorney and Mia A. Giacomazzi, Assistant United States Attorney, hereby moves this Court for

19  permission to dismiss without prejudice the indictment in the in Case No. 1:03-CR-05255-AWI.

20     Good cause exists to dismiss without prejudice the indictment in the interest of justice, and

21  pursuant to Fed. R. Crim. P. 48(a), for the following reasons:  This action has remained pending without

22  activity for over ten years.  Because of the long period of non-activity, this case is presumed to be no

23  longer viable.  Additionally, the gravity of the offense does not justify continued efforts to prosecute.

24  For these reasons, the government moves for dismissal of the indictment against the defendant.

25                                              BENJAMIN B. WAGNER
    Dated: June 5, 2015.                        United States Attorney
26

27                                              /s/ Mia A. Giacomazzi
                                                MIA A. GIACOMAZZI
28                                              Assistant United States Attorney

                                              1

**ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:03-CR-05255-AWI shall be DISMISSED without prejudice.  The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 5, 2015

SENIOR  DISTRICT  JUDGE